UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of November, two thousand and fifteen,

William Barboza,

    Plaintiff - Appellee,

v.

Robert Zangla, sued in his individual capacity,

    Defendant - Appellant,

Detective Steven D'Agata, sued in his individual capacity, Village of Liberty, Police Officer Melvin Gorr, sued in his individual capacity,

    Cross-Claimants - Cross Defendants - Defendants.

**ORDER**
Docket No. 15-3143

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

    The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

